**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

### CIVIL MINUTES – GENERAL

Case No:  ED CV 20-02450-DOC-(ASx)                Date: January 19, 2021

Title:  Kellie Powers et al v. Ford Motor Company

PRESENT:  THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

### PROCEEDINGS: (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement [10], hereby orders this action DISMISSED without prejudice. The Court hereby orders ALL pending hearing dates VACATED and taken off calendar. The Court retains jurisdiction for thirty (30) days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

MINUTES FORM 11
CIVIL-GEN                                                    Initials of Deputy Clerk: KD